1. My name is Shahin Fallah. I am a registered attorney in Virginia, and am barred in New York, bar #5374426. My office address is 8200 Greensboro Dr. Suite 900, McLean, Virginia.

2. I am an international and immigration attorney and am fluent in Farsi.

3. Because I am able to speak in Farsi, I was able to speak with two individuals who arrived at Dulles Airport from Iran this afternoon. Both individuals are legal permanent residents of the United States.

4. Both individuals recounted nearly identical experiences when attempting to enter the United States this afternoon. As an officer of the court, I swear that the following is accurate to the best of my knowledge. Neither individual was comfortable identifying themselves out of fear of retribution.

5. When these legal permanent residents passed through customs, they did not receive the customary stamp on their materials. Instead, after they collected their luggage, they were diverted to an open area and had their passport and green card confiscated.

6. They reported that approximately 50-60 other green card holders were similarly diverted and held in the same waiting area. They reported that the vast majority of these legal permanent residents appeared to be of middle eastern descent. They reported that the people in this holding area showed signs of distress, including open crying. They reported that they were not allowed to ask questions and were instructed that they were not allowed to speak on their telephones.

7. They reported that when interviewed, they were only asked general questions such as where they were from and where they were going.

8. One reported also being asked questions about how he had obtained the approximately $5000 that he was lawfully brining into the country.

9. After approximately two hours of waiting, these two individuals were released, however the rest are being held without legal counsel and without explanation as to what their legal recourse may be.

I swear the foregoing is true, as recounted to me on this 27th of January, 2017.