# AFFIDAVIT

I, United States Senator Cory A. Booker, attest that to the best of my knowledge, information, and belief, that the following facts are true and correct.

1. On Saturday, January 28, 2017, I went to Washington Dulles International Airport (IAD) in the evening to inquire as to the status of individuals who were allegedly being detained pursuant to the January 27, 2017 Executive Order.

2. Prior to my arrival at IAD, a CBP employee who was not present at IAD communicated to my staff member, upon receiving the TRO, that "individuals are not entitled to counsel during immigration processing at a port of arrival." When my staff member challenged their assertion in light of the TRO, they responded that "The lawyers are looking at the order."

3. Upon arrival, I met with Metropolitan Washington Airports Authority (MWAA) police in an effort to obtain compliance with a Temporary Restraining Order (TRO) from the Eastern District of Virginia (E.D. Va.) and a nationwide stay issued by the Eastern District of New York (E.D.N.Y.). At my request, the TRO was presented by the MWAA police officer to CBP officials on site. I did not speak directly with Customs and Border Protection (CBP) or any other representative of the Department of Homeland Security (DHS).

4. Acting as the intermediary for CBP, an unnamed individual for MWAA police confirmed that travelers were being detained and stated that CBP would release the remaining individuals being held, but did not elaborate further on what actions would be taken after January 28, 2017.

_____
U.S. Senator
Cory A. Booker

SUBSCRIBED AND SWORN TO, before me, the undersigned notary public, this ___ day of January, 2017.

My Commission Expires: _____