IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TAREQ AQEL MOHAMMED AZIZ, et al.,          )
                                           )
          Petitioners,                     )
                                           )
     v.                                    )          1:17-cv-116 (LMB/TCB)
                                           )
DONALD TRUMP, President of the United      )
     States, et al.,                       )
                                           )
          Respondents.                     )

ORDER

On January 28, 2017, under emergency conditions, this Court entered a temporary

restraining order without notice to the respondents [Dkt. 3].   Because such an order expires within

fourteen days, see Fed. R. Civ. P. 65(b)(2), it is hereby

ORDERED that the parties appear before the undersigned on Friday, February 10, 2017, at

10:00 a.m. to determine whether a preliminary injunction or other relief should issue.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 31 day of January, 2017.

Alexandria, Virginia

                                                    /s/
                                            _____
                                            Leonie M. Brinkema
                                            United States District Judge