UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TAREQ AQEL MOHAMMED AZIZ, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| vs. | ) ) Civil Action No. 1:17cv116 |
| DONALD TRUMP, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that undersigned counsel hereby respectfully appears as counsel on behalf of respondents in the above-captioned action.

///

///

        Respectfully submitted,

        DANA J. BOENTE
        United States Attorney

        JOYCE BRANDA
        Acting Assistant Attorney General
        Civil Division

        WILLIAM PEACHEY
        Director
        Civil Division, Office of Immigration Litigation

By:    /s/
        DENNIS C. BARGHAAN, JR.
        Assistant U.S. Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3891
        Fax:   (703) 299-3983
        Email: dennis.barghaan@usdoj.gov

        EREZ R. REUVENI
        Senior Litigation Counsel
        Civil Division, Office of Immigration Litigation
        P.O. Box 868
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-4293
        Fax:   (202) 616-8962
        Email: erez.r.reuvani@usdoj.gov

DATE: February 1, 2017      ATTORNEYS FOR RESPONDENTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to the following:

Simon Sandoval Moshenburg
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, Virginia  22041
Email: Simon@justice4all.org

Date: February 1, 2017                      _____/s/_____
                                                       DENNIS C. BARGHAAN, JR.
                                                       Assistant U.S. Attorney
                                                       2100 Jamieson Avenue
                                                       Alexandria, Virginia 22314
                                                       Telephone: (703) 299-3891
                                                       Fax:         (703) 299-3983
                                                       Email:  dennis.barghaan@usdoj.gov

                                                       ATTORNEYS FOR RESPONDENTS