IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| TAREQ AQEL MOHAMMED AZIZ, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-116 |
| | ) | |
| DONALD TRUMP, President of the United States, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

# THE COMMONWEALTH OF VIRGINIA'S
# MOTION FOR THE ISSUANCE OF A RULE TO SHOW CAUSE

The Commonwealth of Virginia, by counsel and pursuant to Federal Rule of Civil Procedure 70(e), and for the reasons stated in the accompanying brief, moves this Court to require respondents to show cause why they are not in contempt of this Court's temporary restraining order entered on the evening of January 28, 2017. (Dkt. 3.)

        Respectfully submitted,

        COMMONWEALTH OF VIRGINIA,

    By:       /s/
        Stuart A. Raphael (VSB No. 30380)
        Solicitor General

        Office of the Attorney General
        202 North Ninth Street
        Richmond, Virginia 23219
        (804) 786-7240 – Telephone
        (804) 371-0200 – Facsimile
        sraphael@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Trevor S. Cox (VSB No. 78396)
Deputy Solicitor General
tcox@oag.state.va.us

Matthew R. McGuire (VSB No. 84194)
Assistant Attorney General
mmcguire@oag.state.va.us

*Counsel for Commonwealth of Virginia*

## CERTIFICATE OF SERVICE

I certify that on February 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for Petitioners and Respondents.

By:   /s/
      Stuart A. Raphael