```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA

                          Alexandria Division
```

| | |
|---|---|
| TAREQ AQEL MOHAMMED AZIZ, et al.,   ) | |
|                                              ) | |
|         Petitioners,            ) | |
|                                              ) | |
| v.                                               ) | Civil Action No. 1:17-cv-116 |
| ) | |
| DONALD TRUMP, President of the     ) | |
| United States; U.S. DEPARTMENT OF ) | |
| HOMELAND SECURITY; U.S. CUSTOM      ) | |
| AND BORDER PROTECTION; JOHN         ) | |
| KELLY, Secretary of DHS; KEVIN K. ) | |
| MCALEENAN, Acting Commissioner of ) | |
| CBP; and WAYNE BIONDI, Customs      ) | |
| and Border Protection (CBP) Port   ) | |
| Director of the Area Port of      ) | |
| Washington, Dulles.                 ) | |
| ) | |
|         Respondents.           ) | |

**RULE TO SHOW CAUSE**

THIS MATTER comes before the Court on the motion of Intervenor Plaintiff, the Commonwealth of Virginia, for the issuance of a rule to show cause why Respondents should not be held in contempt of this Court's temporary restraining order ("TRO") (Dkt. 3).

IT APPEARING TO THE COURT that the TRO may not have been complied with, it is hereby

ORDERED that Respondents show cause, in writing, by no later than 5 p.m. on February 7, 2017, that they are not in contempt of the TRO.  Respondents' submission must include sworn statements addressing, at a minimum: (1) the time on January 28,

2017 that they received actual notice of the TRO in this case and the TRO in *Darweesh v. Trump*, No. 1:17-cv-480 (E.D.N.Y. Jan. 28, 2017); (2) the number of air passengers on January 27, 28, and 29 arriving at Dulles International Airport with lawful permanent residence status who were removed from the United States, both before and after receipt of actual notice of the TRO; (3) whether any such arrivals were denied prompt access to counsel in light of reports that lawyers were refused such access and there appear to be no reported cases of any such arriving passenger being granted such access; and (4) the name and title of all government officials, if any, who instructed CBP personnel not to comply with the TRO.

Date: _____  _____
Judge Leonie M. Brinkema
United States District Judge

Alexandria, Virginia