IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| TAREQ AQEL MOHAMMED AZIZ, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-116 |
| | ) | |
| DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOM AND BORDER PROTECTION; JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and WAYNE BIONDI, Customs and Border Protection (CBP) Port Director of the Area Port of Washington, Dulles. | ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, February 3, 2017, at 10:00 o'clock a.m., or as soon thereafter as counsel may be heard, the Commonwealth of Virginia will present its Motion for the Issuance of a Rule to Show Cause in this action.

        Respectfully submitted,

        COMMONWEALTH OF VIRGINIA,

    By: _____/s/_____
        Stuart A. Raphael (VSB No. 30380)
        Solicitor General

        Office of the Attorney General
        202 North Ninth Street
        Richmond, Virginia 23219
        (804) 786-7240 – Telephone
        (804) 371-0200 – Facsimile
        sraphael@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Trevor S. Cox (VSB No. 78396)
Deputy Solicitor General
tcox@oag.state.va.us

Matthew R. McGuire
Assistant Attorney General
mmcguire@oag.state.va.us

*Counsel for Commonwealth of Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for Petitioners and Respondents.

By:   /s/
      Stuart A. Raphael