IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TAREQ AQEL MOHAMMED AZIZ, et al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> DONALD TRUMP, President of the United ) <br> States, et al., ) <br> ) <br> Respondents. ) | Civil Action No. 1:17-cv-116 |

**THE COMMONWEALTH OF VIRGINIA'S**
**MOTION FOR A PRELIMINARY INJUNCTION**

The Commonwealth of Virginia, by counsel and pursuant to Federal Rule of Civil Procedure 65, and for the reasons stated in a brief that will be filed by no later than February 3, 2017, in accordance with the briefing schedule agreed to by the existing parties, moves this Court to issue a preliminary injunction enjoining enforcement of Section 3(c) of the Executive Order at issue in this case.

Respectfully submitted,

COMMONWEALTH OF VIRGINIA,

By: _____/s/_____
Stuart A. Raphael (VSB No. 30380)
Solicitor General

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
sraphael@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Trevor S. Cox (VSB No. 78396)
Deputy Solicitor General
tcox@oag.state.va.us

Matthew R. McGuire (VSB No. 84194)
Assistant Attorney General
mmcguire@oag.state.va.us

*Counsel for Commonwealth of Virginia*

## CERTIFICATE OF SERVICE

  I certify that on February 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for Petitioners and Respondents.

            By:  /s/_____
               Stuart A. Raphael