UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TAREQ AQEL MOHAMMED AZIZ, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| vs. | )   Civil Action No. 1:17cv116 ) |
| DONALD TRUMP, President of the United States, *et al.*, | ) ) ) |
| Respondents. | ) ) ) |

## JOINT REQUEST TO HOLD CLAIMS IN ABEYANCE

The undersigned parties hereby jointly request that the Court hold Petitioners' claims in this case in abeyance. The parties, by and through undersigned counsel, have a signed agreement to resolve Petitioners claims against Defendants. The parties require time to execute the particulars of the agreement, which may take several days to fully implement. The parties will promptly and without delay inform the Court when the agreement is fully executed.

Accordingly, in order to permit the undersigned parties to focus their efforts on resolving this case without further litigation, the undersigned parties respectfully request that this Court place Petitioners' claims in this case in abeyance.

Respectfully submitted,

_____/s/_____
Simon Y. Sandoval-Moshenberg (VA 77110)
Mary Bauer (VA 31388)
Rebecca Wolozin (VA 89690)
Elaine Poon (pro hac vice)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike #520
Falls Church, VA 22041

DANA J. BOENTE
United States Attorney

JOYCE BRANDA
Acting Assistant Attorney General
Civil Division

(703) 720-5605
simon@justice4all.org
mary@justice4all.org
becky@justice4all.org
elaine@justice4all.org


Andrew J. Pincus (pro hac vice)
Paul W. Hughes (pro hac vice)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-2000

apincus@mayerbrown.com
phughes@mayerbrown.com


DATE: February 1, 2017

WILLIAM PEACHEY
Director
Civil Division, Office of Immigration Litigation

By: _____/s/_____
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

EREZ REUVENI
Senior Litigation Counsel
Civil Division, Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-4293
Fax: (202) 616-8962
Email: erez.r.reuveni@usdoj.gov

ATTORNEYS FOR RESPONDENTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to the following:

Simon Sandoval Moshenburg
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, Virginia  22041
Email: Simon@justice4all.org

Date: February 1, 2017                               /s/_____
                                                                             DENNIS C. BARGHAAN, JR.
                                                                             Assistant U.S. Attorney
                                                                             2100 Jamieson Avenue
                                                                             Alexandria, Virginia 22314
                                                                             Telephone: (703) 299-3891
                                                                             Fax:          (703) 299-3983
                                                                             Email:  dennis.barghaan@usdoj.gov

                                                                             ATTORNEYS FOR RESPONDENTS