# CIVIL MOTION MINUTES

Date: 02/03/17　　　　　　　　　　　　　　Judge: Brinkema
　　　　　　　　　　　　　　　　　　　　　　Reporter: A. Thomson

Time: 10:00am-11:04am

Civil Action Number: 1:17cv116

Tareq Aqel Mohammed Aziz et al vs. Donald Trump, President of the United States et al

Appearances of Counsel for　　　(X) Pltf　　　(X) Respondent

Motion to/for:

#14 Motion to Intervene

#18 Motion for Order to Show Cause

#25 Joint Motion Hold Petitioners Claims in Abeyance

#26 Pltfs Motion to Intervene


Argued &
( ) Granted　　( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement (　) Continued to

Court orders temporary restraining order be left in place until next Friday, 2/10/17

#14 Granted

#18 Denied

#25 Granted

#26 Granted


( ) Memorandum Opinion to Follow

(X) Order to follow