IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TAREQ AQEL MOHAMMED AZIZ, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | 1:17-cv-116 (LMB/TCB) |
| ) | |
| DONALD TRUMP, President of the ) | |
| United States, et al., ) | |
| ) | |
| Defendants. | |

ORDER

For the reasons stated in open court and to be further explained in a forthcoming Memorandum Opinion, the Commonwealth of Virginia's Motion to Intervene [Dkt. 14], Osman Nasreldin and Sahar Kamal Ahmed Fadul's Motion to Intervene [Dkt. 26], and the Joint Motion to Hold Petitioners' Claims in Abeyance [Dkt. 25] are GRANTED; the Commonwealth of Virginia's Motion for the Issuance of a Rule to Show Cause [Dkt. 18] is DENIED WITHOUT PREJUDICE; and it is hereby

ORDERED that the Commonwealth of Virginia's Proposed Complaint in Intervention for Declaratory and Injunctive Relief [Dkt. 22] be and is filed; and it is further

ORDERED that Nasreldin and Fadul file a complaint on or before Tuesday, February 7, 2017.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of February, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge