IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TAREQ AQEL MOHAMMED AZIZ, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | 1:17-cv-116 (LMB/TCB) |
| ) | |
| DONALD TRUMP, President of the ) | |
| United States, et al., ) | |
| ) | |
| Defendants. | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that the Temporary Restraining Order entered by this Court on January 28, 2017, be and is extended through Friday, February 10, 2017; and it is further

ORDERED that the defendants provide the Commonwealth of Virginia with a list of all persons who have been denied entry to or removed from the United States since the Executive Order entitled "Protecting the Nation from Foreign Terrorist Entry into the United States" was signed and who, as of 8:00 a.m. Eastern Standard Time, on Friday, January 27, 2017, had a residence in the Commonwealth of Virginia and had lawful permanent resident status, an immigrant visa (or accompanying family or spousal visa), a valid student visa (or accompanying family or spousal visa), or a valid work visa (or accompanying family or spousal visa) by the close of business on Thursday, February 9, 2017.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of February, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge