# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TAREQ AQEL MOHAMMED AZIZ, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| vs. | ) Civil Action No. 1:17cv116<br>) |
| DONALD TRUMP, President of the United States, *et al.*, | )<br>)<br>) |
| Respondents. | )<br>)<br>) |

## **NOTICE TO THE COURT**

Undersigned counsel write to update this Court of three developments since oral argument on Friday, February 3, 2017 that bear on this litigation.

First, undersigned counsel respectfully notify the Court and the parties that it wishes to correct a statement made by government counsel at oral argument. In response to a question from this Court as to how many individuals have been affected by the Executive Order, government counsel presenting oral argument, based on information he had received, stated that 100,000 visas had been provisionally revoked as a result of the Executive Order (Dkt. No. 43, at 24-25). The Department of State has since provided undersigned counsel with a revised number, which is roughly 60,000 visas.

Second, undersigned counsel notify the Court and the parties that on the evening of February 3, 2017, based upon the entry of a temporary restraining order by the United States District Court for the Western District of Washington that prohibited administration of the Executive Order nationwide, *see Washington v. Trump*, No. C17-0141, 2017 WL 462040 (W.D. Wash. Feb. 3, 2017), the United States Department of State issued a directive that reversed the

previous provisional visa revocation referenced in government counsel's earlier statement to this Court.

Third, counsel note that the United States Government has appealed the Washington decision on an emergency basis, *see Washington v. Trump*, No. 17-35105 (9th Cir. 2017), seeking a stay of the district court's order pending appeal. Per the Ninth Circuit's scheduling order, the State of Washington filed a brief in opposition on February 5, 2017, and the Government's reply brief in support is due no later than 6:00 PM EST, February 6, 2017.

///

///

Respectfully submitted,

DANA J. BOENTE
United States Attorney

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM PEACHEY
Director
Civil Division, Office of Immigration Litigation

By:             /s/
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:            (703) 299-3983
Email:  dennis.barghaan@usdoj.gov

EREZ R. REUVENI
Senior Litigation Counsel
Civil Division, Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 307-4293
Fax:            (202) 616-8962
Email:  erez.r.reuvani@usdoj.gov

DATE: February 6, 2017                    ATTORNEYS FOR RESPONDENTS

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to the following:

Simon Sandoval Moshenburg
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, Virginia  22041
Email: Simon@justice4all.org

Stuart Alan Raphael
Office of the Attorney General (Richmond)
202 North 9th Street
Richmond, VA 23219
804-786-7240
Fax: 804-371-0200
Email: sraphael@oag.state.va.us

Timothy J. Heaphy
Hunton & Williams LLP
2200 Pennsylvania Ave NW
Washington, DC 20037
202-955-1500
Fax: 202-778-2201
Email: theaphy@hunton.com

Date: February 6, 2017

           /s/
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:         (703) 299-3983
Email:  dennis.barghaan@usdoj.gov

ATTORNEYS FOR RESPONDENTS