UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| The **Commonwealth of Virginia**, **Osman Nasreldin**, and **Sahar Kamal Ahmed Fadul**,<br><br>    Intervenor-Petitioners,<br><br>    v.<br><br>**Donald Trump**, the **U.S. Department of Homeland Security**, **U.S. Customs and Border Protection**, **John Kelly**, **Kevin K. McAleenan**, and **Wayne Biondi**,<br><br>    Respondents. | Case 1:17-cv-00116-LMB-TCB |

**CONSENT MOTION OF THE ANTI-DEFAMATION LEAGUE FOR LEAVE TO FILE AMICUS-CURIAE BRIEF IN SUPPORT OF INTERVENOR-PETITIONERS**

The Anti-Defamation League respectfully requests leave to file an amicus-curiae brief in support of the challenge of Commonwealth of Virginia and other intervenor-petitioners to Executive Order 13,769, 82 Fed. Reg. 8977 (Feb. 1, 2017), which purported to "Protect[] the Nation From Foreign Terrorist Entry Into the United States." ADL sought and has received consent from the parties to its motion. Accordingly, ADL waives a hearing on its motion. A proposed order is attached as Exhibit 1, and ADL's proposed amicus-curiae brief is attached as Exhibit 2.

ADL is a civil-rights and human-relations organization founded in 1913 to stop the defamation of Jewish people and to secure justice and fair treatment for all. Through its twenty-six regional offices throughout the United States, ADL provides materials, programs, and services to combat anti-Semitism and all forms of bigotry. As explained in the concurrently filed brief in support, because of its long-standing dedication to fighting discrimination, including

with respect to immigrants and religious minorities, ADL can provide unique and important perspective for this Court's disposition of this case. And, as noted, all parties have consented to ADL's appearance as an amicus.

Accordingly, ADL respectfully requests the Court to grant it leave to appear as an amicus and allow the filing of ADL's amicus-curiae brief.

| | |
|---|---|
| Dated: February 8, 2017 | Respectfully submitted, |
| *Of Counsel:* | _____/s/_____<br>Joshua David Rogaczewski |
| John B. Harris | (Va. Bar No. 65880) |
| Jeremy Goldman | (jrogaczewski@mwe.com) |
| Caren Decter | McDermott Will & Emery LLP |
| Jessica Smith | The McDermott Building |
| Rayna Lopyan | 500 North Capitol Street, Northwest |
| Lily Landsman-Roos | Washington, District of Columbia 20001-1531 |
| Lakendra Barajas | 202.756.8195 |
| Frankfurt Kurnit Klein & Selz, P.C. | 202.591.2757 fax |
| 488 Madison Avenue | |
| New York, New York 10022 | *Counsel to the Anti-Defamation League* |

Steven M. Freeman
Lauren A. Jones
Melissa Garlick
Michael Lieberman
Anti-Defamation League
605 Third Avenue
New York, New York 10158

Doron F. Ezickson
Anti-Defamation League
1100 Connecticut Avenue, Northwest,
Suite 1020
Washington, District of Columbia 20036

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, I electronically filed the foregoing **Consent Motion of the Anti-Defamation League for Leave To File Amicus-Curiae Brief in Support of Intervenor-Petitioners** with the Clerk of Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/
Joshua David Rogaczewski
(Va. Bar No. 65880)
(jrogaczewski@mwe.com)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, District of Columbia 20001-1531
202.756.8195
202.591.2757 fax

*Counsel to the Anti-Defamation League*