## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

TAREQ AQEL MOHAMMED AZIZ, et al.,

Petitioners,

and

THE COMMONWEALTH OF VIRGINIA,
OSMAN NASRELDIN,
AND SAHAR KAMAL AHMED FADUL,

Intervenors-Petitioners,

-against-

DONALD TRUMP, President of the United States, et al.,

Respondents.

Case 1:17-cv-00116-LMB-TCB

## ORDER GRANTING THE *AMICI* STATES' MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW

Before the Court is the Consent Motion of *Amici* States[1] to file a memorandum of law in support of the Commonwealth of Virginia's motion for a preliminary injunction. *See* ECF Docket No. 23. The *amici* States have a significant interest in this litigation, and the Court finds that their proposed memorandum of law will be helpful to the Court in its resolution of this case. Moreover, all parties have consented to the *amici* States' motion. Accordingly,  it is hereby

---

[1] The States of Illinois and New York and the Commonwealths of Massachusetts and Pennsylvania, together with the States of California, Connecticut, Delaware, Iowa, Maine, Maryland, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, and Washington, and the District of Columbia.

ORDERED that the motion for leave by the *amici* States [DKT. No. 79] be and is

GRANTED, and *amici* States shall be ORDERED to file their proposed memorandum of law as

soon as reasonably possible.

Entered this 9th day of February, 2017

/s/

Leonie M. Brinkema
United States District Judge