# CIVIL MOTION MINUTES

Date: 02/10/17   Judge: Brinkema
                 Reporter: A. Thomson

Time: 9:59am-11:00am

Civil Action Number: 1:17cv116

Tareq Aqel Mohammed Aziz et al vs. Donald Trump, President of the United States et al

Appearances of Counsel for    (X) Petitioners    (X) Respondents

Motion to/for:
#23 Motion for Preliminary Injunction

Argued &
( ) Granted    ( ) Denied    ( ) Granted in part/Denied in part
(X) Taken Under Advisement    ( ) Continued to

(X) Memorandum Opinion to Follow

( ) Order to follow