IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TAREQ AQEL MOHAMMED AZIZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | 1:17-cv-116 (LMB/TCB) |
| ) | |
| DONALD TRUMP, President of the ) | |
| United States, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court are a Motion for Leave to File Brief an <u>Amicus</u> Brief and an Amended Motion for Leave to File an <u>Amicus</u> <u>Brief</u> (collectively, the "Motions") by <u>pro</u> <u>se</u> movant Victor Williams. Because the Court has already considered the arguments presented in the proposed <u>amicus</u> briefs in its Memorandum Opinions dated February 3, 2017 and February 13, 2017, it is hereby

ORDERED that the Motions [Dkt. Nos. 115, 118] be and are DENIED AS MOOT.

The Clerk is directed to forward copies of this Order to counsel of record and movant, <u>pro</u> <u>se</u>.

Entered this 17 day of March, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge