RECEIVED
2017 JUN -1 P 2: 44
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TAREQ AQEL MOHAMMED AZIZ, et al.,  )
  )
Petitioners,  )
  )
THE COMMONWEALTH OF VIRGINIA,  )
  )
Intervenor-Petitioner,  )
  )
v.  )   Civil Action No. 1:17-cv-116
  )
DONALD TRUMP, President of the United  )
States, et al.,  )
  )
Respondents.  )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

On February 13, 2017, this Court issued a Preliminary Injunction against the enforcement of § 3(c) of Executive Order 13769 (ECF No. 112) ("EO-1"), together with a Memorandum Opinion explaining the basis for the Court's ruling (ECF No. 111). EO-1 was revoked in its entirety by § 13 of Executive Order 13780 ("EO-2"), issued March 6, 2017. On March 16, 2017, the United States District Court for the District of Maryland preliminarily enjoined enforcement of § 2(c) of EO-2.[1] On March 29, 2017, the United States District Court for the District of Hawaii preliminarily enjoined enforcement of § 2 and § 6 of EO-2.[2]

---

[1] *Int'l Refugee Assistance Project v. Trump*, No. TDC-17-0361, 2017 WL 1018235 (D. Md. Mar. 16, 2017), *aff'd in part, vacated in part*, No. 17-1351, 2017 WL 2273306 (4th Cir. May 25, 2017).

[2] *Hawai'i v. Trump*, No. 17-50-DKW-KSC, 2017 WL 1167383 (D. Haw. Mar. 29, 2017), *appeal docketed*, No. 17-15589 (9th Cir. Mar. 30, 2017).

1

In light of the foregoing, the Intervenor-Petitioner and the Respondents, by counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate as follows:

(1) this action is dismissed without prejudice, dissolving the Preliminary Injunction against enforcement of § 3 of EO-1, entered on February 13, 2017 (ECF No. 112); but

(2) this dismissal does not vacate the Memorandum Opinion issued by this Court on February 13, 2017 (ECF No. 111).

SO ORDERED.

/s/
Leonie M. Brinkema
United States District Judge

Date: June 1, 2017

SO STIPULATED:

*/s/ Stuart A. Raphael, by Dennis Barghaan with permission*

Stuart A. Raphael (VSB No. 30380)
Solicitor General of Virginia
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 786-7240
Fax: (804) 371-0200
Email: sraphael@oag.state.va.us

Date: 6/1/17

ATTORNEYS FOR INTERVENOR-PETITIONER
COMMONWEALTH OF VIRGINIA


*/s/ Dennis C. Barghaan, Jr.*

Dennis C. Barghaan, Jr.
Deputy Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

Date: 6/1/17

ATTORNEYS FOR RESPONDENTS